2017 AUG 14 AM 11:08 FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>GAYLE GARCIA SIMPSON  DEFENDANT | PLAINTIFF | CASE NUMBER:<br>17MJ02020<br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: AUGUST 14, 2017   7:00   ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   18 USC 545, 2(b)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: __/1984

8. Defendant has retained counsel:   ☐ No   ☒ Yes   Name: Stephen Khan   Phone Number: 310-246-9227

9. Name of Pretrial Services Officer notified: N. SMITH

10. Remarks (if any): _____

11. Name: Juan Ramirez Amezcua (please print)

12. Office Phone Number: 310-328-6307

13. Agency: USFWS

14. Signature: _____

15. Date: 8/14/2017

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION