[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: **17CR00567-R**
Defendant Number: 1
U.S.A. v. Gayle Simpson
Year of Birth: 1984

- [ ] Indictment
- [✓] Information

Investigative agency (FBI, DEA, etc.): USFWS

FILED 2017 SEP 11 PM 4:20 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor
- [ ] Minor Offense
- [ ] Petty Offense
- [ ] Class B Misdemeanor
- [ ] Class C Misdemeanor
- [✓] Felony

b. Date of Offense: April 12, 2017

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
- [✓] Los Angeles
- [ ] Ventura
- [ ] Orange
- [ ] Santa Barbara
- [ ] Riverside
- [ ] San Luis Obispo
- [ ] San Bernardino
- [ ] Other ___

Citation of Offense: 18 U.S.C. Sections 545, 2

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)
- [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- [✓] No
- [ ] Yes

IF YES   Case Number ___

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** ___

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: August 9, 2017
Case Number: 17MJ02020
Charging: 18 U.S.C. Sections 545, 2

The complaint:
- [✓] is still pending
- [ ] was dismissed on: ___

### PREVIOUS COUNSEL

Was defendant previously represented?
- [ ] No
- [✓] Yes

IF YES, provide Name: Stephen Kahn
Phone Number: 310-246-9227

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
- [ ] Yes*
- [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

IS THIS A NEW DEFENDANT?
- [ ] Yes
- [ ] No

This is the ___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: ___

Case Number ___
The superseded case:
- [ ] is still pending before Judge/Magistrate Judge ___
- [ ] was previously dismissed on ___

Are there 8 or more defendants in the superseding case?
- [ ] Yes*
- [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes    ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?    ☐ YES    ☑ NO
IF YES, list language and/or dialect: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: August 14, 2017 7 am
b. Posted bond at complaint level on: August 14, 2007
   in the amount of $ 25,000
c. PSA supervision?    ☐ Yes    ☑ No
d. Is on bail or release from another district: _____

**OTHER**

☑ Male       ☐ Female
☑ U.S. Citizen    ☐ Alien
Alias Name(s) _____

Defendant is **in** custody:
a. Place of incarceration:    ☐ State    ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____

This defendant is charged in:    ☑ All counts
☐ Only counts: _____

d. ☐ Solely on this charge. Date and time of arrest: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

e. On another conviction:    ☐ Yes    ☐ No
IF YES:    ☐ State    ☐ Federal    ☐ Writ of Issue

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

f. Awaiting trial on other charges:    ☐ Yes    ☐ No
IF YES:    ☐ State    ☐ Federal    AND
Name of Court: _____

Is defendant a juvenile?    ☐ Yes    ☑ No
IF YES, should matter be sealed?    ☐ Yes    ☐ No

Date transferred to federal custody: _____

The area of substantive law that will be involved in this case includes:

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.    ____ 20    ____ 21    ____ 40

☐ financial institution fraud    ☐ public corruption
☐ government fraud    ☐ tax offenses
☑ environmental issues    ☐ mail/wire fraud
☐ narcotics offenses    ☐ immigration offenses
☐ violent crimes/firearms    ☐ corporate fraud
☐ Other _____

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date    09/10/2017

Signature of Assistant U.S. Attorney
Erik Silber
Print Name