UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:17-CR-00567</u>  Recorder: <u>CS 09/19/2017</u>  Date: <u>09/19/2017</u>

Present: The Honorable <u>Gail J. Standish</u>, U.S. Magistrate Judge

Court Clerk: <u>Earlene Carson</u>  Assistant U.S. Attorney: <u>Jake Nare</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| GAYLE SIMPSON<br>    BOND-PRESENT | STEPHEN R. KAHN<br>    RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge Manuel L. Real.
Counsel are ordered to contact clerk regarding setting a date for guilty plea.

Counsel are directed to contact the Judge's CRD: Christine Chung at (213) 894-5696 to set dates for the guilty plea and all further proceedings.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 02</u>
Initials of Deputy Clerk: <u>EC by TRB</u>