UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES -- GENERAL

Case No.   **CR-17-567-R**                                              Date: September 27, 2017
===============================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Sheri Kleeger | Erik M. Silber |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================================
U.S.A. vs (Dft listed below)                    Attorney for Defendant

1)   GAYLE SIMPSON                              1)   Stephen R. Kahn
     X present        X bond                         X present        X retained

_____

**PROCEEDINGS:**   CHANGE OF PLEA (one-count Information)

Defendant states his desire to plead guilty to a one-count Information.  Court and counsel confer re: the guilty plea and the plea agreement.

Defendant is sworn.  Defendant is advised of his rights.  The Court questions the defendant regarding the plea agreement.  The Court questions the defendant regarding the offered plea of Guilty.  Defendant now enters a plea of Guilty to the one-count Information.

The Court finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made.  The plea is accepted and entered.

THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO NOVEMBER 20, 2017 AT 10:00 A.M. FOR SENTENCING.

CC: USPO                                                                                    0:09 min

MINUTES FORM 6                                                  Initials of Deputy Clerk ___CCH__
CRIM -- GEN